SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEE SOOK AHN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>      Plaintiff,<br><br>vs.<br><br>WELKON INVESTMENTS, LLC;<br>ZHONGHONG ZHAOFENG USA, INC.;<br>and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 2:21-cv-00445-SB (JEMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELKON INVESTMENTS, LLC** |

**PLEASE TAKE NOTICE** that Plaintiff KEE SOOK AHN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant WELKON INVESTMENTS, LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      (i)      A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  March 2, 2021       SO. CAL. EQUAL ACCESS GROUP

                By:   */s/   Jason J. Kim*
                      Jason J. Kim
                      Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**